Marc Days, CA Bar #184098
Days Law Firm
1107 R Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
MONADLE SHAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:  1:21-CR-00311 JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT MONADLE SHAMA TO EXTEND HIS CURFEW ON MARCH 18, 2022, TO ALLOW HIM TO ACCOMPANY HIS DAUGHTER FOR A SURGICAL PROCEDURE IN SAN FRANCISCO |
| v. | |
| MONADLE SHAMA | |
| Defendant. | |

Notice is hereby given that, subject to approval by the court, Defendant Monadle Shama, by and through his counsel Marc Days and Assistant United States Attorney Laurel Montoya, hereby stipulate that Defendant Shama's conditions of release be modified to extend Mr. Shama's curfew on March 18, 2022, to 9:30 p.m., to allow him to accompany his daughter for a scheduled 4:00 pm dental surgical procedure in San Francisco and provide sufficient time to safely drive back to Stanislaus County.  Mr. Shama has provided pretrial services with verification of the appointment and has been compliant with his conditions of supervision. Pretrial services officer Anthony Perez does not object to the modification requested.

I consent to the above stipulation

I consent to the above stipulation

Date:  March 15, 2022                                                   Marc Days
                                                                                          Days Law Firm

                                                                                          */s/ Marc Days*
                                                                                          MARC DAYS
                                                                                          Attorney for Defendant
                                                                                          Monadle Shama

I consent to the above stipulation

Dated:  March 15, 2022                                                 PHILLIP A. TALBERT
                                                                                          United States Attorney


                                                                                          /s/ Laurel Montoya
                                                                                          LAUREL MONTOYA
                                                                                          Assistant United States Attorney

## ORDER

The stipulation to modify conditions of release for defendant Monadle Shama is hereby approved and so ORDERED.

IT IS SO ORDERED.

Dated:   **March 15, 2022**                                       _____
                                                                                          UNITED STATES MAGISTRATE JUDGE