Marc Days, CA Bar #184098
Days Law Firm
1107 R Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
MONADLE SHAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MONADLE SHAMA<br><br>　　　　　Defendant. | Case No.: 1:21-CR-00311-JLT-SKO<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT MONADLE SHAMA TO EXTEND HIS CURFEW |

　　　Notice is hereby given that, subject to approval by the court, Defendant Monadle Shama, by and through his counsel Marc Days and Assistant United States Attorney Laurel Montoya, hereby stipulate that Mr. Shama's conditions of release be modified to extend Mr. Shama's curfew.  Currently, Defendant's curfew is from 8pm to 6am, the parties stipulate to the modification of Mr. Shama's conditions of release and the extension of his curfew from 10pm to 6am.  The extension of Mr. Shama's curfew will allow him to spend more time with his family.

　　　Pretrial services officer Anthony Perez is in agreement with the curfew extension.  According to pretrial services, Mr. Shama has been in compliance with his conditions.  His drug tests have been negative and he has been successfully progressing through Better Choices Court.

///

///

///

I consent to the above stipulation

Date:  July 15, 2022

Marc Days
Days Law Firm

*/s/ Marc Days*
MARC DAYS
Attorney for Defendant
Monadle Shama

I consent to the above stipulation

Dated:  July 15, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney

**ORDER**

The stipulation to modify conditions of release for defendant Monadle Shama is hereby approved and so ORDERED.

IT IS SO ORDERED.

Dated:  **July 15, 2022**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE