Marc Days, CA Bar #184098
Days Law Firm
1107 R Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
MONADLE SHAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>MONADLE SHAMA<br><br>             Defendant. | Case No.:  1:21-CR-00311 JLT-SKO<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT MONADLE SHAMA TO REMOVE HIS LOCATION MONITORING CONDITION OF PRETRIAL RELEASE |

Notice is hereby given that, subject to approval by the court, Defendant Monadle Shama, by and through his counsel Marc Days and Assistant United States Attorney Laurel Montoya, hereby stipulate that Defendant Shama's location monitoring condition of pretrial release be removed.  Pretrial services officer Anthony Perez has recommended the location monitoring condition of pretrial release be removed.

I consent to the above stipulation

Date:  November 21, 2022

Marc Days
Days Law Firm

*/s/ Marc Days*
MARC DAYS
Attorney for Defendant
Monadle Shama

I consent to the above stipulation

Dated:  November 21, 2022

PHILLIP A. TALBERT
United States Attorney


/s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney

### ORDER

The stipulation to modify conditions of release for defendant Monadle Shama is hereby

approved and so ORDERED.


IT IS SO ORDERED.


Dated:   **November 22, 2022**            /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE