1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     | CASE NO. 1:21-CR-00311-JLT-SKO
12 |           Plaintiff,           | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER
13 |     v.                         |
14 | MONADLE SHAMA,                 | DATE: March 1, 2023
15 |           Defendant.           | TIME: 1:00 p.m.
                                    | COURT: Hon. Sheila K. Oberto

16

17                         **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20         1.      By previous order, this matter was set for status on March 1, 2023.

21         2.      By this stipulation, defendant and government now move to set the matter for jury trial on

22 February 27, 2024, and to exclude time between March 1, 2023, and February 27, 2024, under Local

23 Code T4.

24         3.      The parties agree and stipulate, and request that the Court find the following:

25             a) The government has represented that initial discovery in this case includes

26 investigative reports and photographs. A portion of this discovery has been either produced

27 directly to counsel and/or made available for inspection and copying. The government is in the

28 process of making additional discovery available to the defense. Additional discovery for a

related matter is being reviewed for processing and distribution. There is a portion of discovery that is being redacted for distribution subject to a Protective Order

        b)      Counsel for defendant desires additional time to review discovery, conduct investigation, and engage in plea negotiations.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government agrees with the continuance request and does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 1, 2023 to February 27, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 24, 2023                      PHILLIP A. TALBERT
                                                        United States Attorney

                                                        /s/ LAUREL J. MONTOYA
                                                        LAUREL J. MONTOYA
                                                         Assistant United States Attorney

Dated: February 24, 2023

/s/ MARC DAYS
MARC DAYS
Counsel for Defendant
MONADLE SHAMA

**ORDER**

IT IS SO ORDERED.

DATED:   2/27/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE