PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONADLE SHAMA,<br><br>Defendant. | CASE NO. 1:21-CR-00311-DAD-BAM<br><br>STIPULATION AND ORDER CONTINUING CONTESTED HEARING ON PRETRIAL RELEASE VIOLATION<br><br>DATE: January 11, 2024<br>TIME: 2:00 p.m. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a contested hearing on a pretrial release violation for January 11, 2024.

2. By this stipulation, defendant now moves to continue the hearing until January 23, 2024, The parties are engaged in discussions and further investigation regarding a resolution of the matter, and need additional time to ascertain whether a resolution is possible.

IT IS SO STIPULATED.

STIPULATION CONTINUING CONTESTED HEARING    1

Dated:  January 9, 2024                    PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ KIMBERLY A. SANCHEZ
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant United States Attorney

Dated:  January 9, 2024                    /s/ MARC DAYS
                                                 MARC DAYS
                                                 Counsel for Defendant
                                                 MONADLE SHAMA

## FINDINGS AND ORDER

1. The parties agree there is a good reason to delay proceeding on the contested hearing regarding a violation of pretrial release, to wit, further discussion and investigation related to a resolution of the matter.

2. The Court finding the parties' reason sets forth good cause, the Court grants the parties request and orders the contested hearing continued to January 23, 2024 at 2:00 p.m. before the duty magistrate judge.

IT IS SO ORDERED.

Dated:  **January 10, 2024**

UNITED STATES MAGISTRATE JUDGE