PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONADLE SHAMA,<br><br>Defendant. | CASE NO. 1:21-CR-00311-DAD-BAM<br><br>STIPULATION AND ORDER CONTINUING CONTESTED HEARING ON PRETRIAL RELEASE VIOLATION AND SETTING CHANGE OF PLEA HEARING<br><br>DATE: January 23, 2024<br>TIME: 10:00 a.m. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a contested hearing on a pretrial release violation for January 23, 2024.

2. By this stipulation, defendant now moves to continue the hearing until January 29, 2024, and also to set a change of plea hearing for that same date and time. The parties anticipate the defendant will enter a change of plea and the government will move to dismiss the pretrial release violation at that time. The defendant agrees he will remain in custody pending sentencing pursuant to 18 U.S.C. § 3143.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 22, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ KIMBERLY A. SANCHEZ<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| Dated: January 22, 2024 | /s/ MARC DAYS<br>MARC DAYS<br>Counsel for Defendant<br>MONADLE SHAMA |

## FINDINGS AND ORDER

1. The parties agree there is a good reason to delay proceeding on the contested hearing regarding a violation of pretrial release, to wit, further discussion and investigation related to a resolution of the matter.

2. The Court finding the parties' reason sets forth good cause, the Court grants the parties request and orders the contested hearing continued to and a change of plea hearing set for **January 29, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **January 22, 2024**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                           2