PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00311-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO VACATE TRIAL |
| v. | DATE: January 29, 2024 |
| MONADLE SHAMA, | TIME: 10:00 a.m. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, trial was set for February 27, 2024.

2.      On January 22, 2024, the parties submitted a Stipulation and Proposed Order to set a change of plea hearing for January 29, 2024.  On that same date, the Order issued setting the change of plea for January 29, 2024.

3.      The parties mistakenly omitted a stipulation and proposed order to vacate the trial date, and no do so.

4.      By this stipulation, defendant moves to vacate the trial date set for February 27, 2024 in light of the change of plea proceeding set for February 27, 2024.

IT IS SO STIPULATED.

STIPULATION AND PROPOSED ORDER

1

Dated:  January 22, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated:  January 22, 2024

/s/ MARC DAYS
MARC DAYS
Counsel for Defendant
MONADLE SHAMA

## **FINDINGS AND ORDER**

    1.    The parties agree there is a good reason to vacate the trial set for February 27, 2024, and trial confirmation set for February 13, 2024, based on the January 29, 2024, change of plea proceeding.

    2.    The Court finding the parties' reason sets forth good cause, the Court grants the parties request and orders the trial vacated.

IT IS SO ORDERED.

Dated:  __**January 22, 2024**__        ___/s/ Barbara A. McAuliffe___ _
                                                UNITED STATES MAGISTRATE JUDGE