Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant
MONADLE SHAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:21-cr-00311 DAD |
|---|---|
| Plaintiff, | AMENDED STIPULATION TO CONTINUE SENTENCING; ORDER THERON |
| v. | |
| MONADLE SHAMA | Date:  June 5, 2024<br>Time:  12:00pm<br>Judge: Hon. Dale A. Drozd |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Kim Sanchez, Counsel for Plaintiff, and Marc Days, Counsel for Defendant Monadle Shama, that the sentencing hearing currently set for May 6, 2024, at 8:30 a.m., may be rescheduled to June 5, 2024, at 12:00pm.  The requested continuance is necessary for defense preparation and investigation.  This continuance will conserve time and resources for both counsel and the court.

Because the Defendant has pled guilty and the matter is set for sentencing, the Speedy Trial Act is not applicable.

///

///

///

///

1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Dated:  April 30, 2024 | /s/ *Kim Sanchez*<br>KIM SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Dated:  April 30, 2024 | /s/ *Marc Days*<br>MARC DAYS<br>Attorney for Defendant<br>Monadle Shama |

# O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and sentencing is rescheduled to June 5, 2024, at 12:00pm.

IT IS SO ORDERED.

Dated:  **April 30, 2024**

_____
UNITED STATES DISTRICT JUDGE