IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00311-DAD |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| MONADLE SHAMA, | |
| Defendant. | |

The above-named defendant having been sentenced on June 5, 2024, to

Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith <u>on this matter only</u>.

The Judgment and Commitment order to follow.

**IT IS SO ORDERED.**

Date: _June 5, 2024_

_____

Honorable Dale A. Drozd
District Court Judge