IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MONADLE SHAMA

Defendant.

Case No. 1:21-cr-00311-DAD

ORDER GRANTING PETITION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The Court has received and reviewed Defendant Monadle Shama's Motion for Early Termination of Supervised Release. (Doc. No. 92.) The government has filed a statement of non-opposition to defendant's motion for early termination of supervised release. (Doc. No. 93.) Good cause appearing, defendant's motion is granted and the term of supervised release imposed is hereby terminated forthwith.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE