Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
MONADLE SHAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MONADLE SHAMA<br>Defendant. | Case No.: 1:21-cr-00311 DAD<br>MOTION FOR RETURN OF PASSPORT; ORDER |

Monadle Shama, through counsel Marc Days, hereby moves the Court for an Order directing the Clerk of this Court to return his U.S. Passport as it is no longer need to be held as a condition of pretrial release.

In support of this request, Mr. Shama offers the following:

1. On December 6, 2021, the Court made findings and released defendant under terms and conditions of pretrial supervision, including the surrender of his passport. [Dkt. 11].

2. On December 7, 2015, the Court received a U.S. Passport from Monadle Shama, No. 588599526. [Dkt. 12].

3. On June 5, 2025, Mr. Shama was sentenced to credit for time served with 36 months of supervised release. [Dkt 81].

4. On August 6, 2026, the Court issued an order terminating supervised release. [Dkt 95].

5. As Mr. Shama is no longer on pretrial release and his term of supervised release has been terminated, he needs and requests the return of his passport.

Dated: August 13, 2026

Respectfully submitted,

Marc Days
Days Law Firm

*/s/ Marc Days*
MARC DAYS
Attorney for Defendant
Monadle Shama

**ORDER**

IT IS SO ORDERED that the Clerk of the Court return Monadle Shama's U.S. passport received on December 7, 2021, USA Passport No. 588599526. Ms. Shama's United States Passport may be picked up from the Clerk's Office.

IT IS SO ORDERED.

Dated: **August 13, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE